

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00449-CV

| | | |
|---|---|---|
| In re Texas Farmers Insurance Company, Farmers Insurance Exchange and Farmers Texas County Mutual Insurance Company | § | Original Proceeding |
| | § | From Probate Court No. 2 |
| | § | of Tarrant County (2012-GD0023 5-2-B) |
| | § | January 30, 2014 |
| | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by Relators Texas Farmers Insurance Company, Farmers Insurance Exchange and Farmers Texas County Mutual Insurance Company. We conditionally grant Relators' petition. The stay will be lifted after the Real Party in Interest has tailored the requests for production, Relators have produced a privilege log, and Respondent has had an opportunity to review Relators' documents. Writ will issue only in the event that the parties and Respondent fail to comply within 30 days of the date of this judgment.

It is ordered that Real Party in Interest, James Holiday, pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bob McCoy_____
    Justice Bob McCoy